The scanned version of this document represents an exact copy of the original as submitted to the Clerk's Office. The original has not been retained.

FILED- LN
July 7, 2025 11:19 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: eod  scanned by: eod / 07/07

Case 1:25-cv-00747-PJG   ECF No. 1,   PageID.1   Filed 07/07/25   Page 1 of 2

1:25-cv-747
Phillip J. Green
U.S. Magistrate Judge

Michael Olgin
#55966-509
F.C.I #2
P.O.Box 3850
Adelanto, CA 92301

My Respect to you and your staff, my name is Michael Olgin, I am incarcerated in Victorville F.C.I #2. Im in the SHU, waiting to get transfer, I need help with my issue I have here at the F.C.I. No body seems to care, - on the day of 5/28/25 Officer Gaza, pulled me out my-cell - #227, he took me in a room with "no" "Camizeas", he threatened me and harassed me, he said he needed bills to pay at home, he put my life in danger with other inmates, he said he would help me get kefi and get me transfer quick, if I gave him information on who has drug's in the SHU, the information I gave him was good, he forced me at my own will, I told him cell #228 have sub-boxin, also 2 other cell's, he made me look like a snitch, some how the orderly found out and told the inmates I was given officer Gaza information, I fear for my life at this F.C.I at the moment here, all inmates are saying if they see me another yard or prison, they are going to stab me, and tell the other inmates what I did. Please help me with this issuse, my life is in danger. Can I please put a recommendation to a none ative yard, thank you for your time and help. God Bless you

Michael Olguin #559-66509
P.O Box 3850
F.C.I Victorville Medium #2
Adelanto, CA 92301-0709

SN BERNARDINO CA 923
2 JUL 2025 PM 7 L

LEGAL MAIL
Room 113

FEDERAL BUILDING
315 WEST, ALLEGAN Street,
LANSING MI, 48933-1528

48933-152899